UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 13 B 07976 |
| | CHAPTER 13 |
| Daniel J Walters | |
| Holly A Johnson | JUDGE CAROL A DOYLE |
| DEBTORS | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** THE BANK OF NEW YORK MELLON

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 4 | 74 | XXXXXX5806 | $20,914.87 | $21,314.87 | $21,314.87 |
| Total Amount Paid by Trustee | | | | | $21,314.87 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 13-07976-CAD

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 27th day of March, 2018.

Debtor:
Daniel J Walters
Holly A Johnson
5151 147th Street
Oak Forest, IL 60452

Attorney:
BEUTLER LAW CENTER
16335 HARLEM AVE # 4
TINLEY PARK, IL 60477
via Clerk's ECF noticing procedures

Creditor:
THE BANK OF NEW YORK MELLON
% SELECT PORTFOLIO SERVICING INC
PO BOX 65450
SALT LAKE CITY, UT 84165

Mortgage Creditor:
GREEN TREE % BANK OF AMERICA NA
450 AMERICAN ST
SIMI VALLEY, CA 93065

Mortgage Creditor:
HFC
Recovery Processing Center
PO BOX 8873
Virginia Beach, VA 23450

Mortgage Creditor:
THE BANK OF NEW YORK MELLON
% IRA T NEVELL LLC
175 N FRANKLIN STREET #201
CHICAGO, IL 60606

Creditor:
THE BANK OF NEW YORK MELLON
% MANLEY DEAS KOCHALSKI LLC
PO BOX 165028
COLUMBUS, OH 43216-5028

Mortgage Creditor:
GREEN TREE SERVICING LLC
% RANDALL S MILLER & ASSOC
120 N LASALLE ST #1140
CHICAGO, IL 60602

Mortgage Creditor:
THE BANK OF NEW YORK MELLON
% MANLEY DEAS KOCHALSKI LLC
PO BOX 165028
COLUMBUS, OH 43216-5028

ELECTRONIC SERVICE - United States Trustee

Date:  March 27, 2018                                  /s/ TOM VAUGHN
                                                       TOM VAUGHN
                                                       CHAPTER 13 TRUSTEE
                                                       55 E. MONROE STREET, SUITE 3850
                                                       CHICAGO, IL  60603