**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    Daniel J Walters<br>    Holly A Johnson<br>            Debtor(s) | Case No. 13-07976 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/28/2013.

2) The plan was confirmed on 06/25/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 02/01/2018.

6) Number of months from filing to last payment: 59.

7) Number of months case was pending: 64.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $159,075.56.

10) Amount of unsecured claims discharged without payment: $180,999.78.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $45,731.71 |
| Less amount refunded to debtor | $720.31 |

**NET RECEIPTS:** $45,011.40

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,281.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,955.10 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,236.10

Attorney fees paid and disclosed by debtor: $1,219.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Advocate Medical Group | Unsecured | 2,163.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 117.30 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Advocate South-Suburban Hospital | Unsecured | 774.38 | NA | NA | 0.00 | 0.00 |
| Advocate South-Suburban Hospital | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Alsip Integrated Medical Center | Unsecured | 974.10 | NA | NA | 0.00 | 0.00 |
| Blue Island Clinic Company, LLC | Unsecured | 3.80 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 4,914.00 | 4,906.62 | 4,906.62 | 528.78 | 0.00 |
| CITY OF OAK FOREST | Unsecured | 980.10 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 1,680.12 | 945.72 | 945.72 | 101.92 | 0.00 |
| Domas Lapkus MD | Unsecured | 26.60 | NA | NA | 0.00 | 0.00 |
| ER Medical Associates of Palos Ltd | Unsecured | 22.80 | NA | NA | 0.00 | 0.00 |
| GREEN TREE SERVICING LLC | Unsecured | 74,835.00 | 74,327.62 | 74,327.62 | 8,010.25 | 0.00 |
| GREEN TREE SERVICING LLC | Secured | 74,835.00 | NA | NA | 0.00 | 0.00 |
| Gupta MD SC | Unsecured | 94.40 | NA | NA | 0.00 | 0.00 |
| HIGH TECH MEDICAL PARK | Unsecured | 5.90 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 2,277.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 305.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 774.00 | NA | NA | 0.00 | 0.00 |
| INGALLS FAMILY CARE | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 220.29 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 29.66 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 244.32 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 128.88 | 128.88 | 13.89 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 2,578.71 | 2,578.71 | 277.91 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 5,314.00 | NA | NA | 0.00 | 0.00 |
| MidAmerica Cardiovascular Consult. | Unsecured | 285.65 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 6,802.00 | 6,298.08 | 6,298.08 | 678.74 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| Northwest Respiratory Services LLC | Unsecured | 18.66 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| OAKLAWN RADIOLOGY IMAGING | Unsecured | 27.10 | NA | NA | 0.00 | 0.00 |
| OAKLAWN RADIOLOGY IMAGING | Unsecured | 11.20 | NA | NA | 0.00 | 0.00 |
| Orland Primary Care Specialists | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Palos Community Hospital | Unsecured | 367.56 | NA | NA | 0.00 | 0.00 |
| Palos Community Hospital | Unsecured | 701.81 | NA | NA | 0.00 | 0.00 |
| Palos Emergency Med. Services LTD | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| Palos Heights Fire Protection | Unsecured | 895.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO INVESTMENTS I LLC | Unsecured | NA | 7,942.25 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO INVESTMENTS II LLC | Unsecured | 7,584.00 | 7,942.25 | 7,942.25 | 855.93 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 4,387.56 | 4,175.68 | 4,175.68 | 450.01 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 9,057.00 | 6,300.07 | 6,300.07 | 678.96 | 0.00 |
| Quest Diagnostics | Unsecured | 34.50 | NA | NA | 0.00 | 0.00 |
| Radiology & Nuclear Consultants LTD | Unsecured | 8.30 | NA | NA | 0.00 | 0.00 |
| Radiology & Nuclear Consultants LTD | Unsecured | 147.00 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Consultants | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| Suburban Emergency Physicians Group | Unsecured | 449.30 | NA | NA | 0.00 | 0.00 |
| SUBURBAN PULMONARY ASSOC | Unsecured | 75.71 | NA | NA | 0.00 | 0.00 |
| SULLIVAN URGENT AID CENTERS | Unsecured | NA | 178.00 | 0.00 | 0.00 | 0.00 |
| THE BANK OF NEW YORK MELLON | Unsecured | 62,845.00 | NA | NA | 0.00 | 0.00 |
| THE BANK OF NEW YORK MELLON | Secured | NA | 20,914.87 | 21,314.87 | 21,314.87 | 0.00 |
| THE BANK OF NEW YORK MELLON | Secured | 122,142.00 | 185,688.52 | 206,603.39 | 0.00 | 0.00 |
| University Head and Neck Associates | Unsecured | 449.00 | NA | NA | 0.00 | 0.00 |
| University Head and Neck Associates | Unsecured | 440.00 | NA | NA | 0.00 | 0.00 |
| University of Chicago Med. Center | Unsecured | 46.46 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| Vascular Surgery & Noninvasive Diag | Unsecured | 7.10 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO AUTO FINANCE | Secured | 8,012.01 | 8,012.01 | 6,556.96 | 6,556.96 | 1,095.52 |
| WELLS FARGO AUTO FINANCE | Unsecured | 1,551.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | 2,809.00 | 1,963.10 | 1,963.10 | 211.56 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $206,603.39 | $0.00 | $0.00 |
| Mortgage Arrearage | $21,314.87 | $21,314.87 | $0.00 |
| Debt Secured by Vehicle | $6,556.96 | $6,556.96 | $1,095.52 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$234,475.22** | **$27,871.83** | **$1,095.52** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$109,566.73** | **$11,807.95** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $4,236.10 |
| Disbursements to Creditors | $40,775.30 |
| **TOTAL DISBURSEMENTS** : | **$45,011.40** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/28/2018          By: /s/ Tom Vaughn
                                                       Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**